Les J. Weinstein, Esq.
Arbitrator and Mediator
6417 Drexel Ave.
Los Angeles, CA 90048
Telephone: (323) 935-5026

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| COMEDYMX LLC, <br><br> Plaintiff(s) <br> v. <br><br> BROADBANDTV CORP.; and CINEDIGM DIGITAL CORP., <br><br> Defendant(s) | 2:20-cv-00260-SVW-JPR <br><br><br> **MEDIATION REPORT** |

*Instructions:* The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.

1. ☑ A mediation was held on (date): September 4, 2020 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by L.R. 16-15.5(b).

   ☐ Did not appear as required by L.R. 16-15.5(b).

   　☐ Plaintiff or plaintiff's representative failed to appear.
   　☐ Defendant or defendant's representative failed to appear.
   　☐ Other:

3. Did the case settle?

   ☑ Yes, fully, on September 4, 2020 (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: Sep 09 2020

*Signature of Mediator:* Les J Weinstein

Name of Mediator (print): Les J Weinstein

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*