UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-00260-SVW-JPR | Date | September 14, 2020 |
|---|---|---|---|
| Title | ComedyMX LLC v. Broadbandtv Corp., et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER MOVING CASE TO INACTIVE CALENDAR PENDING SETTLEMENT

The Court, having received the Mediation Report, filed September 10, 2020, notifying of a complete settlement, vacates all previously set dates.

The Court moves the matter to the inactive calendar pending finalization of settlement. Should the settlement not be finalized within a reasonable time, the parties shall notify the Court, in writing, and request that the matter be restored to the active calendar.

|   | : |
|---|---|
| Initials of Preparer | PMC |